OPINION — AG — QUESTION: "ASK WHETHER OR NOT THE STAFFS OF THE DISTRICT ATTORNEYS INCLUDING THE ASSISTANT DISTRICT ATTORNEYS, INVESTIGATORS, SECRETARIES, ETC., ARE ELIGIBLE FOR MEMBERSHIP IN THE OKLAHOMA PUBLIC EMPLOYMENT RETIREMENT SYSTEM?, ANSWER: WE BELIEVE THE STAFF OF THE RESPECTIVE DISTRICT ATTORNEYS ARE STATE EMPLOYEES AND ARE MEMBERS OF THE OKLAHOMA PUBLIC EMPLOYMENT RETIREMENT SYSTEM. THIS IS SUBJECT TO 19 O.S. 1965 Supp., 215.18 [19-215.18] . CITE: 19 O.S. 1965 Supp., 215.1 [19-215.1], 19 O.S. 1965 Supp., 215.6 [19-215.6], 19 O.S. 1965 Supp., 215.9 [19-215.9] [19-215.9], 19 O.S. 1965 Supp., 216.16 [19-216.16] [19-216.16], OPINION NO. 67-171, 19 O.S. 1965 Supp., 215.19 [19-215.19] [19-215.19], OPINION NO. 65-284, OPINION NO. 65-325 (BRIAN UPP) ** SEE: OPINION NO. 68-248 (1968) ** ** SEE: OPINION NO. 68-263 (1968) **